Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant PropertyRadar, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> PROPERTYRADAR, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | (Electronically Filed) <br><br><br> CIVIL ACTION <br><br><br> Civil Action No. _____ <br><br> State Docket No. MER-L-000293-24 |

**DECLARATION OF ANGELO A. STIO III**

I, Angelo A. Stio III, Esq. declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I have personal knowledge of the facts set forth in this Declaration.

3. I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendant PropertyRadar, Inc. ("PropertyRadar") in the above-captioned matter.

4. Attached as **Exhibit 1** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile identifying his current employer as the Union County Prosecutor's Office.

5. Attached as **Exhibit 2** is a true and correct screenshot of the Franklin Township Police Department webpage, listing Plaintiff Patrick Colligan as a Detective with the Franklin Township Police Department.

6. Attached as **Exhibit 3** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile, identifying his current employer as the Point Pleasant Beach Police Department.

7. PropertyRadar is a California corporation with its principal place of business at 12242 Business Park Drive, Suite 20, Truckee, CA 96161.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2024

*s/ Angelo A. Stio, III*
Angelo A. Stio III