Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant PropertyRadar, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROPERTYRADAR, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities* <br><br> Defendants. | (Electronically Filed) <br><br><br> Civil Action No. 1:24-cv-05600 <br><br> **NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of Defendant PropertyRadar, Inc.. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Melissa A. Chuderewicz _____
Melissa A. Chuderewicz
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4118
melissa.chuderewicz@troutman.com

*Attorneys for Defendant PropertyRadar, Inc.*

Dated:  April 25, 2024