# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                               **DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**                                     **DOCKET NO:** CR #24-5600

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
    (vs)
PROPERTYRADAR, INC.

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                        s/David Bruey
                                          Deputy Clerk

Time Commenced:  2:48 PM            Time Adjourned:  2:50 PM