Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

May 22, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**   *Atlas Data Privacy Corp., et al v. PropertyRadar, Inc., et al.*
          **Civil Action No. 1:24-cv-05600-HB**

Dear Judge Bartle:

      This firm represents Defendant PropertyRadar, Inc. ("Defendant") in the above-referenced matter.  Defendant seeks to have Ronald I. Raether, Esq. admitted *pro hac vice*.  Enclosed is the supporting declaration of Mr. Raether setting forth his qualifications, together with my declaration in support of their applications and the Proposed Order granting *pro hac vice* admission.

      The parties have consented to this application.  We therefore respectfully request the entry of the enclosed proposed order.

      Thank you for the Court's consideration of this request.

                              Respectfully submitted,

                              /s/ Angelo A. Stio, III
                              Angelo A. Stio, III

cc:   Ronald I. Raether, Esq.
      All counsel of record (via ECF)