Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Angelo A. Stio**
D 609.951.4125
Angelo.Stio@troutman.com

March 18, 2025

Hon. Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re:   *Atlas Data Privacy Corporation, et al. v. PropertyRadar, Inc., et al.*
      Civil Action No. 1:24-cv-5600 (HB)

Dear Judge Bartle:

This firm represents defendant PropertyRadar, Inc. ("PropertyRadar") in the above-referenced matter.

We write to advise the Court that PropertyRadar joins the Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), which was filed on Tuesday, March 18, 2025 in the action captioned as *Atlas Data Privacy Corporation, et al v. DM Group, Inc. et al,* Civil Action No. No. 1:24-cv-04075 (HB) (the "Consolidated Motion to Dismiss"). *See* Dkt. No. 059.  For the reasons set forth in the Consolidated Motion to Dismiss, PropertyRadar respectfully requests that the Court dismiss Plaintiffs' Complaint against PropertyRadar with prejudice.

Respectfully submitted,

/s/ Angelo A. Stio III

Angelo A. Stio