Troutman Pepper Locke LLP
104 Carnegie Center, Suite 203
Princeton, NJ 08540

troutman.com

**Angelo A. Stio III**
D 609.951.4125
Angelo.Stio@troutman.com

August 28, 2025

Hon. Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re:   *Atlas Data Privacy Corporation, et al. v. PropertyRadar, Inc., et al.*
       Civil Action No. 1:24-cv-5600 (HB)

       **Atlas Data Privacy Corp., et al v. DM Group, Inc., et al.**
       **Civil Action No. 1:24-cv-4075**

Dear Judge Bartle:

This firm represents defendants DM Group, Inc. and PropertyRadar, Inc. in the above-referenced New Jersey Daniel's Law matters.  I write to respectfully request that the Court reschedule the September 12, 2025, Case Management Conference to a new date.  I make this request because I am not available to appear at a conference on September 12, 2025.

I have conferred with Plaintiffs' counsel, and they do not oppose this request to reschedule the Case Management Conference to a new date.  Plaintiffs' counsel and I are available for a conference on September 9, 2025, or September 19, 2025, should either of these dates work for the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Angelo A. Stio III*

Angelo A. Stio III