

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

March 27, 2026

<u>**VIA CM/ECF**</u>
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

<table>
<tr><td>Re:</td><td colspan="2"><u>**In re Daniel's Law Compliance Litigation**</u>[1]</td></tr>
<tr><td></td><td>Docket Nos:</td><td>24-4037 (We Inform LLC)</td></tr>
<tr><td></td><td></td><td>24-4041 (Infomatics LLC)</td></tr>
<tr><td></td><td></td><td>24-4045 (The People Searchers)</td></tr>
<tr><td></td><td></td><td>24-4075 (DM Group, Inc.)</td></tr>
<tr><td></td><td></td><td>24-4080 (Deluxe Corp.)</td></tr>
<tr><td></td><td></td><td>24-4096 (Delvepoint LLC)</td></tr>
<tr><td></td><td></td><td>24-4098 (Quantarium Alliance)</td></tr>
<tr><td></td><td></td><td>24-4103 (Yardi Systems)</td></tr>
<tr><td></td><td></td><td>24-4141 (Digital Safety Products)</td></tr>
<tr><td></td><td></td><td>24-4143 (Civil Data Research, LLC)</td></tr>
<tr><td></td><td></td><td>24-4160 (Scalable Commerce, LLC)</td></tr>
<tr><td></td><td></td><td>24-4174 (Labels & Lists, Inc.)</td></tr>
<tr><td></td><td></td><td>24-4176 (Innovis Data Solutions, Inc.)</td></tr>
<tr><td></td><td></td><td>24-4178 (Accurate Append, Inc.)</td></tr>
<tr><td></td><td></td><td>24-4256 (Zillow, Inc.)</td></tr>
<tr><td></td><td></td><td>24-4261 (Equimine Inc.)</td></tr>
<tr><td></td><td></td><td>24-4269 (Thomson Reuters Corp.)</td></tr>
<tr><td></td><td></td><td>24-4292 (Melissa Data)</td></tr>
<tr><td></td><td></td><td>24-4324 (Restoration of America)</td></tr>
<tr><td></td><td></td><td>24-4345 (i360)</td></tr>
<tr><td></td><td></td><td>24-4383 (Accuzip, Inc.)</td></tr>
<tr><td></td><td></td><td>24-4385 (Synaptix Technology, LLC)</td></tr>
</table>

[1] Plaintiffs submit this letter on all the dockets and acknowledge that motions to dismiss for lack of personal jurisdiction remain pending as to certain defendants; accordingly, the proposed dates may not apply to those defendants.

Hon. Harvey Bartle, III, U.S.D.J.
March 27, 2026
Page 2 of 3



**24-4389 (Joy Rockwell Enterprises, Inc.)**
**24-4434 (E-Merges)**
**24-4609 (Nuwber)**
**24-4664 (RocketReach)**
**24-5600 (Propertyradar)**
**24-5656 (The Alesco Group)**
**24-5658 (Searchbug)**
**24-5775 (Amerilist, Inc.)**
**24-7324 (US Data Corp.)**
**24-8075 (Smarty, LLC)**
**24-10600 (Darkowl, LLC)**
**24-11023 (Spy Dialer)**
**25-1535 (Innovative Web)**
**25-5989 (PublicNSA)**
**25-6863 (RedX)**
**25-9224 (Freedomsoft303, LLC)**
**25-9963 (Sterling)**
**25-11870 (Sierra Creative)**
**25-12137 (AGR Marketing)**
**25-17065 (Kleissner)**

Dear Judge Bartle:

This firm represents plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are covered persons*; and the individual plaintiffs (collectively, "Plaintiffs"), in the above-referenced matters. Consistent with Your Honor's instructions during the March 24, 2026 status conference on a subset of these matters, Plaintiffs submit the following proposal regarding next steps for engaging in some merits discovery while the Court aligns schedules on pending matters and the appeal of the facial constitutional challenge continues to progress.

Plaintiffs propose two discrete and limited discovery efforts over the next few weeks:

(1) **April 30, 2026:** Defendants to serve Rule 26 initial disclosures, or amended disclosures where prior submissions were insufficient. By way of example, certain disclosures did not identify individuals likely to have discoverable information (*Fed. R. Civ. P.*

Hon. Harvey Bartle, III, U.S.D.J.
March 27, 2026
Page 3 of 3



26(1)(A)(i))[2] or failed to describe relevant documents with reasonable particularity (*Fed. R. Civ. P.* 26 (1)(A)(ii)).[3]

(2) **May 5, 2026:** The parties shall meet and confer regarding the status and scope of discovery, including the location of discoverable material (such as email servers, cloud repositories, and databases), as well as the details of databases that house such material (i.e., structure, tables, other organization).

Plaintiffs believe these are modest, non-burdensome discovery efforts that can and should be undertaken to accomplish some necessary steps while appellate proceedings remain pending.

Pursuant to Your Honor's direction on the record, Defendants are afforded twenty (20) days, through **April 16, 2026**, to respond. Defendants are notified of this deadline through the filing of this correspondence on each docket. Plaintiffs respectfully request that the Court schedule a status conference following Defendants' response deadline.

Respectfully submitted,

**PEM LAW LLP**
*Attorney for Plaintiffs*

*/s/ Jessica A. Merejo*
JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)

---

[2] Deluxe Corp., Innovis Data Solutions, Inc., Accurate Append, Ind., Zillow, Inc., Accuzip, Inc., Joy Rockwell Enterprises, Inc., Rocketreach LLC, The Alesco Group, L.L.C., Searchbug, Inc., Amerilist, Inc., US Data Corp., Smarty, LLC, Darkowl, LLC, Freedomsoft303, LLC.
[3] Accurate Append, Inc., Zillow, Inc., Freedomsoft303, LLC.