IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROPERTYRADAR, INC. et al. | : | NO. 24-5600 |

ORDER

AND NOW, this 3rd day of November 2026, upon consideration of the joint letter request of the parties for an extension of the pending discovery deadlines, it is hereby ORDERED that this action is STAYED until November 10, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.