Troutman Pepper Locke LLP
104 Carnegie Center, Suite 203
Princeton, NJ 08540

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

November 10, 2026

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** ***Atlas Data Privacy Corporation, et al. v. PropertyRadar, Inc.,***
**Civil Action No. 1:24-cv-5600**

Dear Judge Bartle:

This firm represents Defendant in the above-referenced matter. I write with the consent of Plaintiffs' counsel, as a follow-up to Plaintiffs' November 3, 2026 letter [Dkt. 120], to advise the Court that the parties are still negotiating in good faith to finalize a settlement of this matter. We therefore respectfully request that the stay of the discovery deadlines be extended for an additional two weeks, to enable to parties to determine if the settlement agreement can be finalized.

Thank you for your consideration of this request.

Respectfully submitted,

Angelo A. Stio, III

cc: All Counsel of Record (via ECF)